No. _____ 83,253-04

Dear Hon. Clerk,                                    September 1, 2015

Please find enclosed Relator's Writ of mandamus. Please file and set this document. Relator has no access to a Copying Service and respectfully request permission to proceed under Rule 2 of the Tex. R. App. P..

Respectfully submitted,

RONALD WHIT DuBOSE, #01753794
Relator, Pro se
O. B. Ellis Unit
1697 Fm 980
Huntsville, Texas 77343

CERTIFICATE OF SERVICE

This is to Certify that a true and Correct original Copy of this Writ has been mailed to the Clerk of the Texas Court of Criminal Appeals and the District Clerk of Guadalupe County, On this the 1st day of September 2015.

RONALD WHIT DuBOSE, #01753794
Relator, Pro se.

CC: RWD/file

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## AT AUSTIN

NO. _____

_____

RE:  RONALD WHIT DUBOSE, Relator,

_____

Trial Cause No. 07-1246-CR
OUT OF THE 25TH DISTRICT COURT
GUADALUPE COUNTY, TEXAS

_____

## WRIT OF MANDAMUS

_____

1. Ronald Whit DuBose, hereafter, "Relator", filed a Motion For NUNC PRO TUNC in the 25TH District Court of Guadalupe County, Texas on March 13, 2015.

2. On June 1, 2015, the trial Court denied the motion.

3. Relator filed a "Notice of Appeal" in the Court of Appeals for the Fourth District on July 1, 2015.

4. On August 7, 2015 the Said Appeals Court notified Relator that Said Court did not have jurisdiction over the appeal.

5. On August 31, 2015, Relator, filed an Advisory with the 4TH Court of Appeals Withdrawing Said Notice.

I

6. On September 1, 2015, Relator's filing this Writ of Mandamus with this Honorable Court appealing the denial of Said motion NUNC PRO TUNC.

## PRAYER

7. Relator, prays this Court will order the records Sent up to review them and make a finding of fact thereon. Relator respectfully moves this Honorable Court to hold a hearing regarding the issues in the said motion as these have merit and warrant this Court's review. Relator respectfully request any other relief allowed by law.

Respectfully Submitted,

_RONALD WHIT DUBOSE, #01753794_
Relator, Pro Se

### UNSWORN DECLARATION

I, Ronald W. DuBose, Swear this enclosed information is true and Correct, under the penalty of perjury. Executed on this 1st day of September 2015.

_RONALD WHIT DUBOSE, #01753794_
Relator, Pro Se
O.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

2